1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        eric.cheng@usdoj.gov
9       ajay.krishnamurthy@usdoj.gov
        alethea.sargent@usdoj.gov
10
   Attorneys for United States of America
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                                OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,           ) NO. CR 23-CR-264 JSW
                                         )
16 |        Plaintiff,                   ) STIPULATION REGARDING PROPERTY BOND
                                         ) AND ORDER
17 |    v.                               )
                                         )
18 | PATRICK JAMES BERHAN,               )
                                         )
19 |        Defendant.                   )
                                         )
20

21        It is hereby stipulated by and between counsel for the United States and counsel for defendant

22 Patrick James Berhan that the government has reviewed and approved the defendant's bond package and

23 that the time for lodging that package with the Court should be extended to September 1, 2023.

24        Defendant was charged in an Indictment dated August 16, 2023, with conspiracy to commit wire

25 fraud in violation of 18 U.S.C. § 1349 and wire fraud in violation of 18 U.S.C. § 1343.  Defendant

26 appeared before the Court on August 17, 2023, for initial appearance and arraignment.  The Court

27 ordered certain conditions of release, including the posting of a secured bond in the amount of $100,000

28 by August 24, 2023.

1  The parties stipulate and agree that, for purposes of that secured bond, the government will
2  accept a valuation based on real estate comparables, including from a real estate aggregator such as the
3  Zillow website or the Redfin website.  On August 25, 2023, defense counsel has presented to the
4  government a bond package that includes such a valuation from the website Zillow.  The government
5  has approved the bond package for submission to the Court.
6  The parties further stipulate that the defendant's time to lodge the approved bond package with
7  the Court should be extended from August 24, 2023, to September 1, 2023.
8  The undersigned Assistant United States Attorneys certify that they have obtained approval from
9  counsel for the defendant to file this stipulation and proposed order.

11  IT IS SO STIPULATED.

12  DATED:     8/25/23                          /s/
                                                Eric Cheng
13                                              Ajay Krishnamurthy
                                                Alethea M. Sargent
14                                              Assistant United States Attorneys

16  DATED:     8/25/23                          /s/
                                                Christopher J. Shea
                                                Counsel for Defendant Patrick Berhan

18                                    **ORDER**

19  IT IS SO ORDERED.

21  DATED: August 25, 2023

                                                IT IS SO ORDERED
                                                Judge Donna M. Ryu

                                                HONORABLE DONNA M. RYU
                                                Chief Magistrate Judge

STIPULATION REGARDING PROPERTY BOND AND ORDER
Case No. CR   23-cr-264 JSW                                                         v. 7/10/2018