Christopher J. Shea , State Bar No. 182739
Christopher J. Shea, Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone:     (415) 565-9600
Email: christopherjshealaw@gmail.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK JAMES BERHAN<br><br>Defendant. | Case Nos. CR-00264-JSW<br><br>**MOTION AND [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL;** |

Defendant PATRICK JAMES BERHAN by and through his counsel Christopher Shea, with the assent of the Assistant United States Attorney Alethea Sargent and Brad Wilson of U.S. Pretrial Services, moves for an Order Granting Defendant's Request to travel on the following dates:

9/9/2023 - 9/10/23: 5643 Alloway St., Sacramento CA 95835

10/20/23 - 10/23/23: 200 Century Ct, College Station, TX 77840

　　Defendant, Berhan, through his Attorney made this request to Ms. Sargent and Mr. Wilson; Both agreed to the court granting the request for travel.

　　**IT IS SO MOVED.**

U.S. V. BERHAN

|   |   |
|---|---|
| Dated: 09/06/2023 | /s/Christopher J. Shea<br><br>CHRISTOPHER J. SHEA<br>Attorneys for Defendant |

U.S. V. BERHAN

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon agreement of the parties and pretrial services, the Defendant is allowed to travel on the following dates and locations:

9/9/2023 - 9/10/23: 5643 Alloway St., Sacramento CA 95835

10/20/23 - 10/23/23: 200 Century Ct, College Station, TX 77840

IT IS SO ORDERED.

DATED: _____

                                    HONORABLE DONNA M. RYU
                                    United States District Judge

U.S. V. BERHAN