ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3680
  FAX: (510) 637-3724
  eric.cheng@usdoj.gov
  ajay.krishnamurthy@usdoj.gov
  alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATRICK JAMES BERHAN,<br>MORTEZA AMIRI,<br>AMANDA CARMELLA THEODOSY,<br>SAMANTHA GENOVEVA PETERSON,<br>ERNESTO JUAN MEJIA-OROZCO, and<br>BRAULI RODRIGUEZ JALAPA,<br><br>　　　　Defendants. | **CASE NO. 4:23-cr-00264 JSW**<br><br>**JOINT STATUS REPORT** |

This matter is set for status conference hearings on January 30, 2024 (as to Defendants Amiri, Theodosy, and Mejia-Orozco) and February 13, 2024 (as to Defendants Berhan and Rodriguez). The Court has ordered the parties to submit a joint status report by January 23, 2024. Dkt. 98. The parties hereby respectfully submit this joint status report.

On August 16, 2023, a federal grand jury returned an indictment charging the Defendants with

1   conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and wire fraud, in violation of 18

2   U.S.C. § 1343.  Defendant PETERSON entered a guilty plea on January 9, 2024.

3        In September, the United States produced a first tranche of discovery for all defendants except

4   Defendant AMIRI, who was not yet represented by counsel and did not yet have a protective order in

5   place.  In October, once counsel for Defendant AMIRI appeared and a protective order was issued, the

6   United States produced its first tranche of discovery to Defendant AMIRI.  In November, the United

7   States produced its second tranche of discovery, which comprised "pertinent" phone data seized by law

8   enforcement agents pursuant to search warrants, to all defendants.  In December, new counsel was

9   appointed to represent Defendant AMIRI.  At the end of December, the United States produced a third

10  tranche of discovery to all defendants, with the exception of Defendant AMIRI.  Defendant AMIRI's

11  new counsel filed a notice acknowledging the protective order on January 11, 2024, and the government

12  subsequently produced the discovery to date to Defendant AMIRI's new counsel.  Counsel for

13  Defendant MEJIA-OROZCO has also provided a hard drive to the FBI so that a full forensic image of

14  his own client's phone can be copied for him by the FBI's Silicon Valley Regional Computer Forensics

15  Laboratory, a process that is in progress.[1]

16     .

17  DATED:  January 23, 2024          Respectfully submitted,

18            ISMAIL J. RAMSEY
              United States Attorney

19

20               /s/
              ERIC CHENG

21            AJAY KRISHNAMURTHY
              ALETHEA SARGENT

22            Assistant United States Attorneys

23

24               /s/
              EDWARD ROBINSON

25            NANCY KARDON
              Counsel for Defendant PATRICK JAMES

26            BERHAN

27

28  ----
    [1]    As noted above, the government has already produced materials from these devices that were
    seized by law enforcement agents pursuant to search warrants.

_/s/_

KATHRYN ROSS
Counsel for Defendant MORTEZA AMIRI

_/s/_

PAUL GOYETTE
Counsel for Defendant AMANDA
CARMELLA THEODOSY

_/s/_

STEVE KALAR
MICHAEL HINCKLEY
Counsel for Defendant ERNESTO JUAN
MEJIA-OROZCO

_/s/_

ADAM PENNELLA
Counsel for Defendant BRAULI
RODRIGEUZ JALAPA