**EDWARD M. ROBINSON (CA Bar 126244)**
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
Office: (310) 316-9333
Facsimile: (800) 285-1692
eroblaw@gmail.com

Attorneys for Defendant
*Patrick James Berhan*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00264-JSW-1 |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL |
| PATRICK JAMES BERHAN, | |
| Defendant. | |

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon agreement of the parties and pretrial services, Defendant, Patrick James Berhan, is permitted to travel on the following dates and location:

Dates and location: April 5th - 7th, 2024, 1985 E. Valley Rd., Minden, NV 89423.

IT IS SO ORDERED:

Date: April 4, 2024

_____
HONORABLE JEFFERY S. WHITE
United States District Judge