UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK JAMES BERHAN,<br><br>Defendant. | Case Nos.  23-cr-00264-JSW-1<br>24-cr-00157-JSW-1<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD GRANT DEFENDANT'S MOTION TO AMEND JUDGMENT IN CRIMINAL CASE** |

Defendant Berhan requests that the Judgment in his cases be amended with respect to the Court's recommendation to the Bureau of Prisons. Defendant requests that the recommendation that he be designated to FCI Lompoc in California and participate in the Residential Drug Abuse Treatment Program be changed from: "The defendant be designated to FCI Lompoc in California and participate in the Residential Drug Abuse Treatment Program" to "the defendant be designated to a facility that has the Residential Drug Abuse Treatment Program and that he be allowed to participate in said program."

The Court included the recommendation that Defendant be assigned to FCI Lompoc in its pronouncement of sentence. Accordingly, it has no basis pursuant to Federal Rule of Criminal Procedure 35(a) to modify the recommendation. The Court HEREBY ORDERS Defendant to show cause why it should modify the judgment by no later than September 16, 2024.

**IT IS SO ORDERED.**

Dated: September 11, 2024

_____
JEFFREY S. WHITE
United States District Judge